

June 23, 2022

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
2 Niagara Square
Buffalo, New York 14202

Re:   Schneider v. City of Buffalo, et al
      18-CV-1431V(Sr)

Dear Judge Schroeder,

      As you are aware, dispositive motions are due tomorrow, Friday, June 24, 2022.  I had an unexpected family health emergency this week that has required extensive travel and other turmoil.  With the gracious consent of all opposing counsel, it is hereby requested that all dispositive motions to be filed by July 5, 2022.  Thank you in advance for your consideration in this matter

                                              Yours Truly,

                                              */s/ Matthew Albert*
                                              The Law Offices of Matthew Albert Esq.
                                              2166 Church Rd.
                                              Darien Center, New York 14040
                                              mattalbertlaw@gmail.com
                                              Office: (716) 445-4119
                                              Fax: (716) 608-1388

cc:   Christopher Poole, Esq.
       Richard A. Grimm, III, Esq.