

August 23, 2022

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
2 Niagara Square
Buffalo, New York 14202

Re:   Schneider v. City of Buffalo, et al
      18-CV-1431V(Sr)

Dear Judge Schroeder,

    I am requesting a 2-week extension relative to the summary judgment motion response due August 26, 2022. After speaking with opposing counsel today, I believe that there is a legitimate chance that this matter could settle within the next ten days. With that in mind, and with the consent of opposing counsel, I am seeking one last two-week extension to respond to the defendants' summary judgment motion. I believe the extension can help facilitate settlement negotiations. Further, I will be out of town two of the next three days relative to emergent veterinary appointments with two separate dogs. With that in mind, I am seeking a final extension where the new response date would be September 9, 2022. The defendants would then have until September 23, 2022 to reply.

    I appreciate the Court's consideration in this matter.

    Yours Truly,

    */s/ Matthew Albert*
    The Law Offices of Matthew Albert Esq.
    Mailing Address:
    2166 Church Rd.
    Darien Center, New York 14040
    mattalbertlaw@gmail.com
    Office: (716) 445-4119
    Fax: (716) 608-1388

cc:   Christopher Poole, Esq.
      Richard A. Grimm, III, Esq.