

September 8, 2022

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
2 Niagara Square
Buffalo, New York 14202

Re:  Schneider v. City of Buffalo, et al
     18-CV-1431V(Sr)

Dear Judge Schroeder,

    I am pleased to announce the parties have agreed to resolve the matter today through settlement.  Settlement is pending circulation of settlement documents, then submission to and approval of the claim by the Board of Education within 90 days of receipt of acceptable settlement documents by the municipal entity.  It is anticipated that payment would be issued by end of November by the Board.

    All parties request that the summary judgment motion be held in abeyance by the Court until the highly anticipated approval of the settlement and the filing of the stipulation of discontinuance to conclude the matter.

    Yours Truly,

*/s/ Matthew Albert*
The Law Offices of Matthew Albert Esq.
Mailing Address:
2166 Church Rd.
Darien Center, New York 14040
mattalbertlaw@gmail.com
Office: (716) 445-4119
Fax: (716) 608-1388

cc:  Christopher Poole, Esq.
     Richard A. Grimm, III, Esq.